# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

KAREN WASHINGTON,

      Plaintiff,

v.

HECTOR HERNANDEZ and
CITY OF DETROIT HOUSING
COMMISSION,

      Defendants.

Case No. 05-72239

District Judge
Arthur J. Tarnow

**FILED**

**NOV 1 8 2005**

CLERK'S OFFICE-DETROIT-PSG
U.S. DISTRICT COURT

---

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS [DE 5]

Before the Court is Defendant's motion to dismiss [DE 5]. On November 18, 2005, the

Court heard oral argument on Defendant's motion. For the reasons stated on the record at the

motion hearing,

IT IS HEREBY ORDERED that Defendant's motion to dismiss [DE 5] is DENIED.

SO ORDERED.

Arthur J. Tarnow
United States District Judge